■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MINDY SUE SALVAGE, Also Known as JANET CARSON, Appellant.—Judgment, Supreme Court, New York County (Herman Cahn, J.), rendered on February 3, 1983, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Asch, Fein and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIPE M., Appellant.—Judgment, Supreme Court, Bronx County (Howard Goldfluss, J.), rendered on November 18, 1983, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Asch, Bloom and Rosenberger, JJ.